# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Lake States Commodities, Inc | ) | Bankruptcy Case No. 94-12123 |
| | ) | Leading Case No. |
| | ) | |
| Debtor | ) | |

## NOTICE OF HEARING

| | |
|---|---|
| To: Chief Civil Division | Mr. Jeffrey P. Allsteadt, Clerk |
| U.S. Attorney's Office | Attention: Financial Administrator |
| 219 S. Dearborn Street | 219 S. Dearborn Street |
| Chicago, Illinois 60604 | Chicago, Illinois 60604 |
| | |
| United States Trustee | Trustee: Joseph E Cohen |
| 219 South Dearborn Street, Suite 873 | 105 West Madison Suite 1100 |
| Chicago, Illinois 60604 | Chicago, IL 60602 |

Please take notice that on June 24, 2015 at 10:00 A.M. I shall bring the above motion on for hearing before Judge Bruce Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

                                                  /s/  David R. Herzog                 .
                                                  David R. Herzog
                                                  Attorney for Daniel W. Lyons personal
                                                  representative for Frank Lyons

## CERTIFICATION

I, David R. Herzog, Attorney for Daniel W. Lyons personal representative for Frank Lyons, claimant, certify that the statements in the foregoing motion are true and correct.

I further certify that the motion and notice of hearing were served on the person to whom notice is given by depositing copies in envelopes address to them with proper postage in the United States mail on June 9, 2015.

                                                  /s/  David R. Herzog                 .
                                                  David R. Herzog
                                                  Attorney for Daniel W. Lyons
                                                  personal representative for Frank Lyons

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Lake States Commodities, Inc | ) | Bankruptcy Case No. 94-12123 |
| | ) | Leading Case No. |
| | ) | |
| | ) | |
| Debtor | ) | |

**Motion to Withdraw Money**
**Under 28 U.S.C. § 2042**

Daniel W. Lyons personal representative for Frank Lyons, (the "claimant"), by and through its attorney David R. Herzog of Herzog & Schwartz, PC, moves this Court to order the withdrawal of moneys on deposit for the estate in the name of Frank & Virginia D. Lyons, creditor, and the payment of these moneys to claimant and in support of this motion states:

1. The trustee of this estate deposited the sum of $12,505.56 belonging to the creditor with the Clerk of Court.

2. *(Please cross out the subparagraph that does not apply)* certify that the

    A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

    B. ~~The claimant is not the creditor but is entitled to payment of these moneys because~~ *(please state the basis for your claim to the moneys)*

    _____
    _____

    *(Please attach a copy of any supporting document).*

3. The creditor did not receive the initial dividend check in the above case for the following reason:

   <u>Dividends were not collected by the creditor, Frank & Virginia D. Lyons. Virginia D. Lyons died on April 18, 2010 (Exhibit A). At the time of her death, Ms. Lyons was married to Frank Lyons and did not have a Last Will and Testament (Exhibit A and B). Daniel W. Lyons has power of attorney for Frank Lyons (Exhibit C).</u>

4. The creditor's current mailing address and phone number is:

   Daniel W. Lyons, personal representative for Frank Lyons
   1530 E. Cedar Creek Rd
   Grafton, WI  53024-9653
   (262) 416-6812

5. Dilks & Knopik, LLC, whose tax identification number is 74-3049851, is the Attorney-in-fact for Daniel W. Lyons personal representative for Frank Lyons, as evidenced by the attached Power of Attorney.

Dated:  June 1, 2015                       /s/  David R. Herzog                .
                                           David R. Herzog, Attorney at Law
                                           Herzog & Schwartz, PC
                                           77 W. Washington St., Ste 1717
                                           Chicago, IL 60602
                                           (312) 977-1600

---

(i) If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement
(v) Attach other documents showing entitlement should none of the foregoing apply.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
_____ Division

|  |  |
|---|---|
| RE: Lake States Commodities, Inc )<br>)<br>)<br>)<br>Debtor(s) ) | Case: 94-12123<br><br>**AUTHORITY TO ACT**<br>Limited Power of Attorney<br>**LIMITED TO ONE TRANSACTION** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Daniel W. Lyons personal representative for Frank Lyons** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$12,505.56** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Daniel W Lyons_____       Date _May 21_, 20_15_
Daniel W. Lyons

Tax ID: XXX-XX-3384

### ACKNOWLEDGMENT

STATE OF _Wisconsin_ )           COUNTY OF _Ozaukee_ )

On this _21_ day of _MAY_, _2015_, before me, the undersigned Notary Public in and for the said County and State, personally appeared Daniel W. Lyons known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Pamela Zak_
Residing at _N104W16850 Thornapple Row, Germantown WI 53022_
My Commission expires _10-18-15_

PAMELA ZAK
NOTARY PUBLIC
STATE OF WISCONSIN





# WISCONSIN CERTIFICATE OF VITAL RECORD

**STATE OF WISCONSIN — DEPARTMENT OF HEALTH SERVICES**
**ORIGINAL CERTIFICATE OF DEATH**

F-45040 (Rev. 07/08)
Local File Number: 50

### PART 1 – FACT OF DEATH

| Field | Value |
|---|---|
| 1. Decedent's Name | Virginia Doolan LYONS |
| 2. Sex | F |
| 3. SSN | XXX-XX-3514 |
| 4a. Date Pronounced Dead | April 18, 2010 |
| 4b. Hour Pronounced Dead | 10:30a |
| 5. Body Found | No |
| 6a. Age | 85 |
| 7. Date of Birth | June 1, 1924 |
| 8a. County of Death | Ozaukee |
| 8b. Death Occurred Inside City of | Mequon |
| 8c. Check One | City |
| 9. Death at Hospital | Other — CBRF |
| 11a. Hospital/Nursing Home Name | New Castle Place — 12600 N. Port Washington Rd. |
| 12. Marital Status | Married |
| 13a. Residence State | Wisconsin |
| 13b. Residence County | Ozaukee |
| 13c. Residence Place | Mequon |
| 13d. Check One | City |
| 14. Number and Street | 12600 N. Port Washington Rd. |
| 14b. Zip Code | 53092 |
| 15. State of Birth | Wisconsin |
| 16. Father's Name | Thomas E. Doolan |
| 17. Mother's Name | Margaret Roechel |
| 18. Surviving Spouse | Franklin E. Lyons |
| 19a. Informant's Name | Laura Holtz |
| 19b. Informant's Mailing Address | 3540 W. Bonniewell Rd., Mequon, WI 53097 |
| 20a. Funeral Facility | Schramka Denzow Funeral Home, 423 N. Main St. Thiensville, WI 53092 |
| 20b. WI F.D. Lic. No. | 5640 |
| 20d. Date Signed | Apr. 21, 2010 |

**21. Medical Certification:** Certifying Physician
**22. Manner of Death:** Natural
**23. Medical Certifier's Name and Title:** JOHN J. YANG MD
**24. Mailing Address:** 6425 W MEQUON RD, MEQUON WI 53092
**25. Actual or Estimated Date of Death:** Same as 4a
**26. WI Physician License No.:** 37090
**28. Date Signed by Medical Certifier:** April 21, 2010
**30. Date Signed by Local Registrar:** APR 26 2010

### PART 2 – EXTENDED FACT OF DEATH

| Field | Value |
|---|---|
| 31. Usual Occupation | Legal Secretary/Vice President |
| 32. Kind of Business/Industry | Safety Supply Co. |
| 33. Armed Forces | No |
| 34. Tribal Member | No |
| 35. Method of Disposition | Cremation |
| 36. Place of Disposition | Cremation Association of WI |
| 37. Location of Cemetery/Crematory | West Allis, WI |

**38. Part I – Cause of Death:**
(a) Immediate Cause: Pneumonia — Interval: 11 days

**Part II – Other Significant Conditions:** Myasthenia Gravis

**39. Autopsy Performed:** No

---

Ronald A. Voigt
OZAUKEE COUNTY REGISTER OF DEEDS

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

9067231    Date Issued: APR 26 2010

Exhibit A



# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

| | |
|---|---|
| RE: Lake States Commodities, Inc  )  <br>  )  <br>  )  <br>  )  <br>_____Debtor(s)_____  )  | Case: 94-12123 <br><br> **AFFIDAVIT OF HEIRSHIP** |

I, Daniel W. Lyons, personal representative for Frank Lyons under the penalty of perjury under the laws of the United States of America declare and being duly sworn on oath states:

1) I am the personal representative to Frank Lyons, heir to the Estate of Virginia D. Lyons, and I am of legal age and a resident of Grafton, WI.

2) Virginia D. Lyons passed away on April 18, 2010 as a resident of Mequon WI at the age of 85.

3) Virginia D. Lyons did not have a Last Will & Testament at the time of her death.

4) Virginia D. Lyons was married at the time of her death.

5) Five (5) children were born to and none adopted by the decedent, namely:

   i. Daniel W. Lyons, who is living, is of legal age, under no disability.
   ii. Laura J. Lyons Holtz, who is living, is of legal age, under no disability.
   iii. Thomas P. Lyons, who is living, is of legal age, under no disability.
   iv. Lynn V. Lyons Vandenberg, is of legal age, under no disability.
   v. T. Michael Lyons, is of legal age, under no disability.

6) The heir to the Estate of Virginia D. Lyons is Frank Lyons.

7) As the personal representative for Frank Lyons surviving/heir and heir to the Estate of Virginia D. Lyons, I am requesting the release of the funds.

8) I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

Dated: May 21, 2015   By: _Daniel W. Lyons_ (signature)
Daniel W. Lyons

STATE OF _Wisconsin_, COUNTY OF _Ozaukee_

On _MAY 21, 2015_ before me, personally appeared Daniel W. Lyons personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_Pamela Zak_ (signature)
Notary Public

(SEAL)   My commission expires on _10-18-15_

PAMELA ZAK
NOTARY PUBLIC
STATE OF WISCONSIN

**Exhibit B**

## GENERAL DURABLE POWER OF ATTORNEY

I, FRANKLIN E. LYONS, of Ozaukee County, Wisconsin, appoint my wife, Virginia D. Lyons, and my children, Daniel W. Lyons and Laura L. Holtz, as my attorneys-in-fact ("agent"). Any one of my agents may act individually on my behalf. My agent may perform for me and in my name and on my behalf any act in the management, supervision, and care of my estate and affairs that I personally have authority to perform. My agent may exercise for me and in my name and on my behalf the powers enumerated below, which are intended to illustrate, and not to limit, the scope of this power.

I. **RIGHTS UNDER MARITAL PROPERTY ACT, INCLUDING RIGHT OF MANAGEMENT AND CONTROL**

My agent may exercise any management and control over marital property or other property, as well as any other right I retain under the Wisconsin Marital Property Act

II. **SECURITIES**

My agent may buy, sell, pledge, exchange, assign, option, or otherwise transfer any securities of any kind (including without limitation flower bonds); deal with any broker, banker, or other agent; receive all dividends and interest payments now or hereafter due or payable to me from any security or other indebtedness or investment; vote stock and otherwise represent me at all meetings of shareholders or companies or corporations in which I have an interest; sign proxies or other instruments; tender my resignation as director or officer; and subscribe to shares of stock.

III. **ACCOUNTS**

My agent may open, continue, maintain, change, or close any account, including without limitation any checking or savings account, certificate of deposit, share account, and other like arrangement with any bank, trust company, savings bank, building and loan association, savings and loan association, credit union, or other financial institution; make deposits and withdrawals by check, draft, or otherwise; and endorse checks, notes, and drafts for deposit, collection, or otherwise.

IV. **DEFERRED COMPENSATION PLANS**

My agent shall have the power to take any action or make any decision on my behalf with respect to any IRA, 401(K), 403(B), pension, profit sharing or other plan of deferred compensation, whether qualified or non-qualified, that I could have taken or made on my own behalf, with the sole exception that my agent shall have no power to change the beneficiary designation under any such plan. Except for the restriction on changing any beneficiary designation, this power shall include, but not be limited to, the power to do any of the following with respect to any plan interest or account in my name: make investment decisions or change investments; make decisions regarding withdrawal or payment options; change the

Exhibit C

amount or timing of any existing withdrawal or payment arrangement; close any account or terminate any plan; open new plans or accounts to receive rollovers from existing plans or accounts; make additional contributions to any plan; arrange for the rollover of any account or plan interest to another account or plan; receive periodic statements and other information; and, make decisions with respect to the withholding of taxes on plan payments or withdrawals. If my agent creates a new plan or account in my name to receive funds from an existing plan or account, my agent shall have the power to execute a beneficiary designation for such plan or account provided the designation is identical to the designation under the plan or account from which the funds were transferred.

## V. OTHER PROPERTY, INCLUDING REAL ESTATE

My agent may sell, exchange, option, and convey my real and personal property, wherever located; execute and deliver deeds of general warranty, with the customary covenants for such property; manage and control my real and personal property, wherever located; negotiate, execute, and deliver any leases of my property; demand and collect rents; buy every kind of property, real or personal; arrange for appropriate disposition, use, insurance, and safekeeping of all my property; and settle, compromise, and adjust insurance claims.

## VI. COLLECTION AND LITIGATION

My agent may demand and collect all property, real or personal, now or hereafter due, payable, or belonging to me; contest, compromise, settle, or abandon claims in my favor or against me; give receipts, releases, and discharges; commence, pursue, or oppose any action, suit, or legal proceeding relating to any matter in which I am or may hereafter be interested; and compromise, settle, or submit to judgment any such action or proceeding.

## VII. TAXES

My agent may represent me before any office of the Internal Revenue Service or the Treasury Department of the United States and before the tax department of any state, county, or municipality with regard to any tax with which I am concerned. In particular without limitation, my agent may represent me in connection with any federal income tax return, Form 1040, for all tax years between 1950 and 2050, inclusive; any federal gift tax return, Form 709, for all tax years between 1950 and 2050, inclusive; any Wisconsin income tax return, Form 1, for all tax years between 1950 and 2050, inclusive; and any Wisconsin gift tax return, Forms 6 and 7, for all tax years between 1950 and 2050, inclusive. My agent may perform all acts that I can perform with respect to any tax matters without limitation. My agent may prepare, sign, and file any tax return; receive originals of all notices and other written communications; negotiate and make compromises; file claims; receive, endorse, and collect checks; receive and examine confidential information; and take appeals, file protests, and execute waivers and closing agreements. My agent may consent on my behalf to have any gift made by my spouse considered as made by each of us under section 2513 of the Internal Revenue Code.

Exhibit C

### VIII. SAFE-DEPOSIT BOX

My agent shall have access to any safe-deposit box of mine (whether the box is held in my name alone or jointly with another or others) wherever located, and may remove the contents and surrender the box on my behalf. Any institution in which a safe-deposit box of mine is located is not liable to me or my heirs or estate for permitting my agent to exercise this power.

### IX. INSURANCE AND ANNUITIES

My agent may purchase and pay for insurance insuring my health, life, and property, including without limitation health, life, accident, disability, property, casualty, and liability insurance; make necessary claims; settle, compromise, and adjust claims; surrender and cancel insurance policies; invest in, exchange, rollover, or liquidate annuity policies; and, annuitize and otherwise manage such policies or payments from said policies.

### X. HEALTH INSURANCE

My agent may execute all necessary instruments for health insurance, including but not limited to, any instruments requested by Medicare, Medicaid, or a private insurer, for the purpose of submitting claims and collecting reimbursements, initiating, canceling, or renewing coverage and paying of premiums, and for any other purpose my agent believes necessary.

### XI. GOVERNMENT BENEFITS

My agent may make applications for any state or federal benefits, including Title XIX benefits, on my behalf and may give any information to the appropriate agencies relating thereto, and may sign any and all documents, papers, and instruments on my behalf necessary to make and process said applications.

### XII. SOCIAL SECURITY

My agent may represent and act for me before the Social Security Administration of the United States, and any similar agency of a state or local government; collect all Social Security benefits due me; and make such arrangements in connection with Social Security benefits including without limitation Medicaid and Medicare as will facilitate their application to my care and support.

### XIII. EMPLOYMENT OF AGENTS

My agent may employ and dismiss agents, attorneys, investment advisors, accountants, housekeepers, and other persons, and terminate any agency that I may have created at any time.

Exhibit C

## XIV. FUNDING OF TRUST

Within my agent's sole discretion, my agent may transfer any or all of my assets, real or personal, and of any kind or description to any existing revocable living trust created by me (alone or with any other person) during my lifetime. Any transfer agent, bank, or other person or institution may rely on a certificate by, or instructions from, my agent that my agent has exercised this authority under this Power of Attorney, and upon receipt of such certificate or instructions, may transfer assets to such trust, without liability.

## XV. DISCLAIMER

My agent may, in accordance with Section 854.13 of the Wis. Stats., as it may be amended from time to time, disclaim, in whole or in part, any property, benefit, right, privilege or power granted to me by gift, will, trust, intestacy or appointment (including any fiduciary power) by delivery of an instrument of disclaimer pursuant to said statute.

## XVI. MEDICAL RECORDS DISCLOSURE

My agent may obtain copies of any and all of my health care records and information from any physician, surgeon, hospital, nursing home, or other health care provider, including but not limited to, any health care records regarding my diagnosis and treatment.

## XVII. TO DECLARE RESIDENCE AND INTENT TO RETURN HOME

My agent shall have the authority to declare or to change my State or County of residence or domicile, and to declare my intention to return to my home at some time in the future without regard to whether my intent is deemed reasonable under any standard applied.

## XVIII. COMPENSATION

My agent shall be reimbursed for all reasonable costs and expenses actually incurred and paid under this power, but my agent is not entitled to compensation for services rendered under it.

## XIX. LIMITATIONS

My agent shall not exercise this power in favor of my agent, my agent's estate, my agent's creditors, or the creditors of my agent's estate. My agent shall have no power to change any beneficiary designation including but not limited to any beneficiary designation for any life insurance policy, qualified plan, or IRA, and my agent shall have no power to amend, alter, or revoke any trust of which I am a grantor. Nothing in this instrument shall be construed to delegate any right or power that I may hold in a fiduciary capacity.

## XX. EFFECTIVE DATE

This durable power of attorney becomes effective when signed by the principal.

Exhibit C

## XXI. PHOTOCOPIES

Photocopies of this power of attorney shall have the same effect as an original.

## XXII. SEVERABILITY

The invalidity of a provision of this power of attorney shall not affect another provision.

THIS IS A DURABLE POWER OF ATTORNEY UNDER SECTION 243.07 OF THE WISCONSIN STATUTES, AS AMENDED, AND SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY, INCAPACITY, OR INCOMPETENCY.

No effect is to be given to article headings.

The following information is current:

| | PRINCIPAL | AGENTS |
|---|---|---|
| Address: | Franklin E. Lyons<br>205 Green Bay Rd., Apt. 216<br>Thiensville, WI 53092 | Virginia D. Lyons<br>205 Green Bay Rd., Apt. 216<br>Thiensville, WI 53092 |
| Phone: | (262) 242-2646 | (262) 242-2646 |
| | | Daniel W. Lyons<br>1530 E. Cedar Creek Road<br>Grafton, WI 53024<br>(262) 377-9333 |
| | | Laura L. Holtz<br>3540 W. Bonniwell Road<br>Mequon, WI 53097<br>(262) 242-9744 |

Dated this 11th day of March, 2008.

_____
FRANKLIN E. LYONS

IN THE PRESENCE OF:

_____        _____
Witness                                                        Witness

5

Exhibit C

STATE OF WISCONSIN   )
                     (§
COUNTY OF WAUKESHA   )

Personally came before me, this 11th day of March, 2008, the above-named Franklin E. Lyons, to me known to be the person who executed the foregoing instrument and acknowledged the same.

John E. Rupke
Notary Public, State of Wisconsin
My commission is permanent.

This Instrument Was Drafted By:
John E. Rupke
SCHMIDT, RUPKE, TESS-MATTNER & FOX, S.C.
17100 W. North Avenue
Brookfield, WI 53005-4436
(262) 814-0080

6

Exhibit C

UNOFFICIAL COPY

STATE BAR OF WISCONSIN FORM 7 - 2003
**TRUSTEE'S DEED**

Document Number

DOC.# 08989530

REGISTER'S OFFICE  | SS
Milwaukee County, WI}

RECORDED   04/11/2005  08:25AM

JOHN LA FAVE
REGISTER OF DEEDS

AMOUNT: 13.00

FRANKLIN E. LYONS AND VIRGINIA D. LYONS, AS CO-TRUSTEES OF BOTH THE FRANKLIN E. LYONS REVOCABLE LIVING TRUST, UNDER DECLARATION OF TRUST, DATED APRIL 22, 2002, AS TO AN UNDIVIDED ½ INTEREST AND THE VIRGINIA D. LYONS REVOCABLE LIVING TRUST, UNDER DECLARATION OF TRUST, DATED APRIL 22, 2002, AS TO AN UNDIVIDED 1/2 INTEREST for a valuable consideration conveys without warranty to MONICA S. STILLWELL, A SINGLE PERSON

Grantee, the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in MILWAUKEE County, State of Wisconsin:

Grantee, by acceptance of this Deed, agrees and binds Grantee and all his/her heirs, representatives, successors and assigns to all the terms, provisions and conditions of the Condominium documents and all amendments thereto. This deed grants membership in the Bayside Woods Condominium Homeowner's Association to the Grantee.

Recording Area
Name and Return Address
MONICA S. STILLWELL   Court
9158 NORTH BRIARWOOD CIRCLE Unit 5
BAYSIDE, WI 53217-1606

PIN # 023-0030

SEE EXHIBIT A ATTACHED HERETO

TRANSFER
$795.00
FEE

Dated this 5th day of MARCH, 2005.

_Franklin E. Lyons_ (SEAL)
*By: FRANKLIN E. LYONS, Co-Trustee

_Virginia D. Lyons_ (SEAL)
*By: VIRGINIA D LYONS, Co-Trustee

AUTHENTICATION

Signature(s) _____

authenticated this ____ day of _____, ____

*
TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____
authorized by §706.06, Wis. Stats.)

THIS INSTRUMENT WAS DRAFTED BY
JEFFREY P. PATTERSON

STATE BAR OF WISCONSIN NO. 1005690
(Signatures may be authenticated or acknowledged. Both are not necessary.) 740508298

ACKNOWLEDGEMENT

State of Florida,
_Palm Beach_ County. } ss.

Personally came before me this __5__ day of MARCH, 2005, the above named FRANKLIN E. LYONS CO-TRUSTEE AND VIRGINIA D LYONS, CO-TRUSTEE to me known to be the person(s) who executed the foregoing instrument and acknowledge the same.

* _____
Notary Public, State of Florida
My commission is permanent. (If not, state expiration date:
_May 2_, _2008_.)

ANDREA R. KIRK
Notary Public, State of Florida
My comm. expires May 2, 2008
No. DD 315299

* Names of persons signing in any capacity must be typed or printed below their signature.

TRDEED

Doc Yr: 2005 Doc#08989530 Page#1 of 2

Proof of Address
Page __1__ of __2__

FILE NO. 740508298

## EXHIBIT A

Unit 5, together with the undivided interest in the common elements appurtenant to said unit, in Bayside Woods Condominium, a condominium created and existing under the Unit ownership Act of the State of Wisconsin by Declaration recorded in the office of the Register of Deeds for Milwaukee County, Wisconsin on July 31, 1978 in Reel 1133, Images 899-924 inclusive, as Document No. 5237037, and by Stage Two Supplement and Amendment recorded December 27, 1978 in Reel 1172, Images 558 to 569 inclusive, as Document No. 5270438, and any further amendments, thereto. The post office address of said Unit is 9158 N Briarwood Court, Milwaukee, Wisconsin 53217.