# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

Lake States Commodities, Inc.            )
                                         )   Bankruptcy Case No.  94-12123
                                         )
                                         )
                                         )

Debtor(s)

## NOTICE OF MOTION

To:  Chief Civil Division                    Mr. Jeffrey P. Allsteadt, Clerk
     U.S. Attorney's Office                  Attention: Financial Administrator
     219 S. Dearborn Street                  219 S. Dearborn Street Chicago,
     Chicago, Illinois 60604                 Illinois 60604

     Trustee: Joseph E. Cohen       *        United States Trustee
     105 W. Madison St., Ste 1100            219 S. Dearborn Street, Rm 873
     Chicago, IL  60602                      Chicago, Illinois 60604

    Please take notice that on __**June 24, 2015**__ at 10:00 A.M. (Please select a date at least ten(10) business days from the date of mailing this notice) 1 shall bring the above motion for hearing before Judge Bruce W. Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

    I certify that the motion and notice of motion were served on the person (s) to whom notice is given by depositing copies in envelopes addressed to them with proper postage in the United States mail on June 11, 2015.

                                              _____
                                              Signature of Claimant/Attorney/Movant

*Insert name and address of case Trustee.

Rev. 10/2011 lh

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 1 1 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In Re:

LAKE STATES COMMODITIES, )
iNC. )       Bankruptcy Case No. 94-12123
)
Debtor(s) )

**Motion to Withdraw Money
Under 28U.S.C. § 2042**

_____Robert J. Glenn_____, claimant, moves this Court to order the withdrawal of moneys on deposit for this estate in the name of _____Robert J. & Linda L. Glenn_____, and the payment of these moneys to claimant and in support of this motion states:

1. On __May 12, 2015__, the trustee of this estate deposited the sum of $ __3,389.11__ belonging to the creditor with the Clerk of Court.

2. *(Please cross out the subparagraph that does not apply)*certify that the

   A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

   ~~B. The claimant is not the creditor but is entitled to payment of these moneys because~~
   *(please state the basis for your claim to the moneys)* _____

See excerpts Doc. 2723 pp.1,2 & 19 attached.
*(Please attach a copy of any supporting document).*
   ~~C. Claimant is Debtor and is entitled to this money.~~

_____
Signature of Claimant/Attorney/Movant
Robert J. Glenn

Printed Name
114 N. Kaspar Ave.

Arlington Heights, IL  60005-1218
Mailing Address
W: 312-541-9700  H: 847-870-7921
Phone Number

**Certification**

I, __Robert J. Glenn__, claimant, certify that the statements in the foregoing motion are true and correct.

_____ 5047
Signature of Claimant and Last Four Digits of
Claimant's Social Security Number or EIN

(i)   If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii)  If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)  If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v)   Attach other documents showing entitlement should none of the foregoing apply.

Rev. 10/2011 lh

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **LAKE STATES COMMODITIES, INC.** | ) | No. 94-12123 |
| | ) | |
| Debtor(s). | ) | |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Now comes JOSEPH E. COHEN, Successor Trustee herein ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. That on June 19, 1984 the above-referenced Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code. The Trustee was appointed and qualified and continues to serve as Trustee in this case.

2. That on May 22, 2014 the Trustee sent distribution checks via U.S. Mail to the creditors listed on the attached Exhibit "A".

3. That the distribution checks for these creditors remain outstanding or have been returned as undeliverable. All reasonable attempts to locate these creditors have failed.

4. That by reason of the foregoing, Trustee has stopped payment on the distribution checks which has not been cashed by said creditors and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

JOSEPH E. COHEN
COHEN & KROL
105 W. Madison St., Ste 1100        /s/ Joseph E. Cohen, Trustee
Chicago, IL 60602
(312) 368-0300

| Check Number | Name-Address | Amount |
| --- | --- | --- |
| 300295 | PATRICIA REIMANN | $907.98 |
| 300294 | SANDRA JEAN HAMILTON & PATRICIA MARCO | $3,619.87 |
| 300293 | KKKK PARTNERS<br>C/O JOHN KAVOORAS<br>2601 NORTH OCEAN BLVD.<br>GULF STREAM, FL 33483 | $422.32 |
| 300292 | SOIFER, MATILDA<br>2546 RFD SHANANDOAH LANE<br>LONG GROVE, IL 60047 | $549.01 |
| 300291 | TSOUTSIAS, MIMI<br>3285 CINDY LANE<br>GLENVIEW, IL 60025 | $904.97 |
| 300287 | WOLFKIEL, GAIL C/O FAGEL & HABER<br>140 S DEARBORN STREET, SUITE 1400<br>ATTN D. THORNE/M. NOVICK<br>CHICAGO, IL 60603 | $94.44 |
| 300285 | BOVIS, KOSTAS G<br>GESAS PILATI AND GESAS LTD<br>53 W JACKSON BLVD STE 528<br>CHICAGO, IL 60604 | $301.66 |
| 300284 | MOURTOKOKIS, TIM<br>1814 E CREEK LANE<br>MOUNT PROSPECT, IL 60056 | $94.04 |
| 300282 | HOSKINS, ROBERTA<br>C/O JOSEPH P DOWD<br>701 LEE ST STE 790<br>DES PLAINES, IL 60016 | $43.74 |
| 300280 | LEONARD, ROBERT K.<br>22089 FOREST HALL<br>CASSOPOLIS, MI 49031 | $109.35 |
| 300279 | GELDERMANN, INC., ASSIGNEE<br>SHOEMAKER, DENNIS<br>10496 SHOREPINE COURT<br>PARKER, CO 80134 | $12.67 |
| 300278 | AUGUSTIN, EDWARD<br>138 WATERVIEW COURT<br>BARRINGTON, IL 60010 | $109.35 |
| 300277 | GELDERMANN, INC., ASSIGNEE<br>FOX, RON<br>1110 PLEASANT AVENUE<br>OAK PARK, IL 60302-3010 | $723.97 |
| 300276 | GELDERMANN, INC., ASSIGNEE<br>ALPOGIANNIS, GUS<br>2847 W. CATALPA<br>CHICAGO, IL 60625-3211 | $104.98 |

| Check Number | Name-Address | Amount |
|---|---|---|
| 300014 | GELDERMANN, INC., ASSIGNEE<br>DIBROWA, MIGUEL<br>15 CHIPPING CAMPDEN DRIVE<br>SOUTH BARRINGTO, IL 60010-6121 | $717.94 |
| 300013 | GELDERMANN, INC., ASSIGNEE<br>GLENN, ROBERT J. AND LINDA L.<br>MOTHERWAY & GLENN, P.C.<br>100 WEST MONROE STREET SUITE 200<br>CHICAGO, IL 60603-1901 | $3,389.11 |
| 300012 | SAMMONS, THOMAS & SHEILA<br>465 NORTH WILLOW WOOD DRIVE<br>PALATINE, IL 60067-3831 | $2,079.95 |
| 300010 | GELDERMANN, INC., ASSIGNEE<br>NIERMAN, JUDITH A<br>3115 JUDY LANE<br>MCHENRY, IL 60050-5754 | $355.29 |
| 300009 | GELDERMANN, INC., ASSIGNEE<br>DRURY, JOHN AND ANN<br>1210 MIDWEST LANE<br>WHEATON, IL 60187-7382 | $454.29 |
| 300008 | BAIL, STEVE<br>7237 B FRANKLIN STREET<br>FOREST PARK, IL 60130-1103 | $452.48 |