**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

| | | |
|---|---|---|
| Lake States Commodities Inc aka Lake States Inc | ) ) ) | CASE NO.: 94-12123<br><br>CHAPTER 7 |

**NOTICE OF MOTION**

To:  Chief, Civil Division                                  Mr. Jeffrey P. Allsteadt, Clerk
     U.S. Attorney's Office                                 Attention:  Financial Administrator
     219 S. Dearborn Street                                 219 S. Dearborn Street
     Chicago, IL  60604                                     Chicago, IL  60604
     Via Electronic notice                                  Via Electronic notice


     *Patrick S Layng                                       United States Trustee
     Office of the U.S. Trustee                             219 S. Dearborn Street, Rm 873
     Region 11                                              Chicago, IL  60604
     219 S Dearborn St, Room 873                            Via Electronic notice
     Chicago, IL 60604
     Via Electronic notice                                  David Herzon
                                                            Attorney
                                                            Via Electronic notice

    Please take notice that on July at 10:00 A.M. (Please select a date at least ten (10) business days from the date of mailing this notice),  I shall bring the above motion for hearing before Judge Bruce W. Black, Courtroom No. 719, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

    I certify that the motion and notice of motion were served on the person(s) to whom notice is given by depositing copies in envelopes address to them with proper postage in the United States mail or via electronic notice as indicated on June 24, 2015.


                                                            _ By /s/ Amy A. Aronson _
                                                            Amy A. Aronson


.

Rev. 10/2011 lh

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

Lake States Commodities Inc aka Lake States Inc    )          CASE NO  94-12123
                                                   )
                                                   )          CHAPTER 7

**MOTION TO WITHDRAW MONEYS**
**UNDER 28 U.S.C. § 2042**

MF Global Holdings USA Inc., as successor to Geldermann, Inc., as assignee of parties listed on Exhibit A (the "Claimant"), moves this Court to order the withdrawal of moneys on deposit for this estate in the name of MF Global Holdings USA Inc., as successor to Geldermann, Inc., as assignee, creditor, and the payment of these moneys to claimant and in support of this motion states:

1. On 5/12/2015, the trustee of this estate deposited the sum of $133,471.24 belonging to the creditor with the Clerk of the Court.
2. *(Please cross out the subparagraph that does not apply)* Certify that the
    A. The Claimant is the creditor in whose behalf these moneys were deposited and is entitled to the moneys deposited.
    ~~B. The Claimant is not the creditor but is entitled to payment of these moneys because *(please state the basis for your claim to the moneys)*_____~~
    _____
    _____
    ~~*(Please attach a copy of supporting document.)*~~
        ~~C. Claimant is the Debtor and is entitled to this money.~~

                                        MF Global Holdings USA Inc., as successor to
                                        Geldermann, Inc., as assignee

                                        By /s/ Amy A. Aronson
                                        Amy A. Aronson
                                        P.O. Box 5907
                                        Vernon Hills, IL 60061
                                        Phone: 847.247.1810
                                        Attorney for MF Global Holdings USA Inc., as successor
                                        to Geldermann, Inc., as assignee\Neely Goen

**Certification**

I Neely Goen, on behalf of Claimant, certify that the statements in the foregoing motion are true and correct.

                                        /s/ Neely Goen

                                        Neely Goen of
                                        American Property Locators, Inc.
                                        Attorney-in-Fact for
                                        MF Global Holdings USA Inc., as successor to
                                        Geldermann, Inc., as assignee
                                        (Tax ID-Last four digits 13-1962847)