**United States Bankruptcy Court**
**Northern District of Illinois**

In Re: LAKE STATES COMMODITIES, INC.
)
)   Bankruptcy Case No. 94-bk-12123
)
Debtor(s)   )

## Notice of Withdrawal of Motion to Withdraw Money
## Under 28 U.S.C. § 2042

1. On June 26, 2015, a Motion to Withdraw Money Under 28 U.S.C. § 2042 was filed in this Court (the "Original Motion").

2. I am the executor-designate for the estate of my father, Harry Besbeas, deceased, who is claiming the right to payment of $23,978.29 belonging to his estate.

3. My trusts and estates attorney Robert H. Glorch helped me obtain the documents that needed to be attached to the Original Motion, but he is not representing me in this bankruptcy matter before this court. Rather, the Original Motion was intended to be filed by me *pro se*. However, as a courtesy to me, Mr. Glorch mailed the documents with a cover letter into this court on my behalf.

4. As a result, the clerk of courts viewed Mr. Glorch as representing me in the bankruptcy, even though he is not, and viewed the filing of the Original Motion as a filing by an attorney. Therefore, I'm withdrawing the Original Motion and simultaneously herewith filing *pro se* a new Motion to Withdraw Money Under 28 U.S.C. § 2042.

5. It is also my understanding that Mr. Glorch received a Notice of Hearing of Rule to Show Cause for having submitted a hard copy of the Original Motion to the clerk rather than an electronic filing. Because Mr. Glorch simply mailed in the documents for me while I was collecting the attachments at his office, and he was not representing me in the bankruptcy matter, I hope there is no cause to hold my trusts and estates attorney in contempt for any bankruptcy matter.

/s/ *Olga Besbeas-Panagakis*
Olga Besbeas-Panagakis
2126 Tuscany Court
Glenview, IL 60025
847-691-1789

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 22 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM