# United States Bankruptcy Court
# Northern District of Illinois
Eastern    **Division**

In Re:

LAKE STATES COMMODITIES )   Bankruptcy Case No. 94-12123

Debtor

### ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 3,389.11 to Robert J. Glenn claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN  5047    .

_Bruce W. Black_
**Bruce W. Black**
**United States Bankruptcy Judge**

Dated: July 29, 2015

Payment to be mailed to:

Robert J. Glenn
114 N. Kaspar Ave.
Arlington Heights, IL  60005-1218

Rev. 09-13-12lh