UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   94-12123 |
| Lake States Commodities, Inc | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO WITHDRAW UNCLAIMED FUNDS**

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $35,199.10 to Jean Leonard As Surviving Spouse Of Robert K. Leonard, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 6954
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Jean Leonard As Surviving Spouse Of Robert K. Leonard, 35308 SE Center Street, Snoqualmie, WA 98065

Enter:   *Bruce W. Black*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  July 29, 2015

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600