UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.:  94-12123
Lake States Commodities, Inc )
 )  Chapter: 7
 )
 )  Honorable Bruce W. Black
 )
 )
Debtor(s) )

## ORDER TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $12,505.56 to Daniel W. Lyons personal representative for Frank Lyons, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 3384
Dilks & Knopik, LLC's last four digits of EIN #: 9851


Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Daniel W. Lyons personal representative for Frank Lyons, 35308 SE Center Street, Snoqualmie, WA 98065


Enter:   *Bruce W. Black*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  July 29, 2015

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600