# United States Bankruptcy Court
## Northern District of Illinois
Eastern **Division**

In Re:

Lake States Commodities, Inc.            )  Bankruptcy Case No. 94-bk-12123

Debtor

## ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 23,978.79 to Olga Besbeas-Panagakis claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN  7137  .

_Bruce W. Black_
Bruce W. Black
United States Bankruptcy Judge

Dated: 7/29/15

Payment to be mailed to:

2126 Tuscany Ct.
Glenview, IL 60025

Rev. 09-13-12lh