# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

LAKE STATES COMMODITIES, INC )
)
)
)
)

Bankruptcy Case No. 94-12123

Debtor(s)

## NOTICE OF MOTION

To:   Chief Civil Division
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604

Mr. Jeffrey P. Allsteadt, Clerk
Attention: Financial Administrator
219 S. Dearborn Street Chicago,
Illinois 60604

Trustee:_____*
DONNA JANE KARAMBELAS
3816 ACAMANDA DR
SARASOTA, FL 34238

United States Trustee
219 S. Dearborn Street, Rm 873
Chicago, Illinois 60604

Please take notice that on  OCT. 7, 2015  at 10:00 A.M. (Please select a date at least ten(10) business days from the date of mailing this notice) I shall bring the above motion for hearing before Judge Bruce W. Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

I certify that the motion and notice of motion were served on the person (s) to whom notice is given by depositing copies in envelopes addressed to them with proper postage in the United States mail on  SEPT 21 2015

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 28 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

Donna Jane Karambelas
Signature of Claimant/Attorney/Movant

*Insert name and address of case Trustee.

Rev. 10/2011 lh

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In Re:

LAKE STATES COMMODITIES, INC )

Debtor(s)

Bankruptcy Case No. 94-12123

## Motion to Withdraw Money
### Under 28 U.S.C. § 2042

DONNA JANEC KARAMBELAS, claimant, moves this Court to order the withdrawal of moneys on deposit for this estate in the name of DONNA JANEC, and the payment of these moneys to claimant and in support of this motion states:

1. On MAY 13, 2015, the trustee of this estate deposited the sum of $ 504.20 belonging to the creditor with the Clerk of Court.

2. *(Please cross out the subparagraph that does not apply)* certify that the

   A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

   ~~B. The claimant is not the creditor but is entitled to payment of these moneys because *(please state the basis for your claim to the moneys)*~~ _____

*(Please attach a copy of any supporting document).*

~~C. Claimant is Debtor and is entitled to this money.~~

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 28 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM  C.M.

Donna Karambelas
3816 Alamanda Dr.
Sarasota, FL 34238

Signature of Claimant/Attorney/Movant: _Donna Janec Karambelas_

Printed Name: DONNA JANEC KARAMBELAS

Mailing Address: 3816 ALAMANDA DR, SARASOTA, FL 34238

Phone Number: 941-925-5986

DONNA JANEC KARAMBELAS **Certification**

I, Donna Janec Karambelas, claimant, certify that the statements in the foregoing motion are true and correct.

Signature of Claimant and Last Four Digits of Claimant's Social Security Number or EIN: _Donna Janec Karambelas_  4305

---

(i) If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

Rev. 10/2011 lh